IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Kimberly A. M. S.,[1] | ) | C/A No.: 1:22-4170-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Kilolo Kijakazi, Acting | ) | ORDER |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Plaintiff's motion for attorney fees
pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). [ECF
No. 21]. On June 26, 2023, the court issued an order granting the
Commissioner's motion to remand, reversing the Commissioner's decision
pursuant to sentence four of 42 U.S.C. § 405(g), and remanding the case for
further administrative proceedings. [ECF No. 19]. On August 29, 2023,
Plaintiff filed a motion seeking $5,420.00 in attorney fees and $324.99 in
costs. [ECF Nos. 21, 21-3]. The Commissioner subsequently filed the parties'
stipulation to an award of $5,000.00 in attorney fees and $324.99 in costs.
[ECF No. 22]. Given the parties' agreement and Plaintiff's attorney's
representations in her motion and in accordance with 28 U.S.C. § 2412(a) and

---

[1] The Committee on Court Administration and Case Management of the
Judicial Conference of the United States has recommended that, due to
significant privacy concerns in social security cases, federal courts should
refer to claimants only by their first names and last initials.

§ 2412(d), the court grants the motion and directs the Commissioner to pay

Plaintiff $5,324.99.[2] This payment shall constitute a complete release from

and bar to any further claims Plaintiff may have under the EAJA to fees,

costs, and expenses incurred in connection with disputing the Commissioner's

decision. This award is without prejudice to the rights of Plaintiff's counsel to

seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. §

406(b), subject to the offset provisions of the EAJA.

Under *Astrue v. Ratliff*, 560 U.S. 586, 595–97 (2010), EAJA fees

awarded by this court belong to Plaintiff and are subject to offset under the

Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Therefore, the

court orders the EAJA fee be paid to Plaintiff through payment delivered to

Plaintiff's counsel.[3]

IT IS SO ORDERED.

September 12, 2023                      Shiva V. Hodges
Columbia, South Carolina               United States Magistrate Judge

---

[2] The attorney fee of $5,000.00 shall be paid out of agency funds and costs of
$324.99 shall be paid out of the Judgment fund by the Department of the
Treasury.

[3] Counsel may disburse these funds to satisfy valid liens or in accordance
with a lawful assignment.